Scott Edward HOLLINGSWORTH,
Appellant,

v.

STATE of Florida, Appellee.

Case No. 2D15–4512

District Court of Appeal of Florida,
Second District.

Opinion filed November 16, 2016

Howard L. Dimmig, II, Public Defender,
and Richard P. Albertine, Jr., Assistant
Public Defender, Bartow, for Appellant.

Pamela Jo Bondi, Attorney General,
Tampa, for Appellee.

PER CURIAM.

Affirmed.

KHOUZAM, SLEET, and
BADALAMENTI, JJ., Concur.